IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Webb-Mason, Inc. | : |
| | : |
| v. | : Civil Case No. CCB-01-2799 |
| | : |
| James J. Berry, et al. | : |

### ORDER

    In my capacity as Chambers Judge, I heard argument concerning the Motion for Temporary Restraining Order filed yesterday by Plaintiff Webb-Mason, Inc. Although the Covenant Not To Compete is multifaceted, it essentially prohibits Defendant James J. Berry from soliciting customers that he called on commercially during the one year period prior to his termination. Mr. Berry joined Webb-Mason on or about May 1, 1999, and he was terminated on September 20, 2001.

    Webb-Mason maintains that the covenant is enforceable, that Mr. Berry violated its anti-moonlighting provisions, and that Mr. Berry, while employed, diverted business away from Webb-Mason and to Professional Forms & Printing Inc., a business owned and operated by Mr. Berry and his wife, Maryann C. Berry.

    Mr. Berry contends that the Covenant Not To Compete is unenforceable, that this Court lacks jurisdiction, that he did not violate the covenant while employed by Webb-Mason, and that he has not violated it subsequent to his termination.

    Mr. Berry, who maintains that he has done nothing improper, resists being placed under a temporary restraining order. He is, however, willing to represent to this Court that he will not, at



least until the case is brought before Judge Blake for a preliminary injunction hearing, solicit business from any organization that he called on commercially for Webb-Mason during the year prior to his termination. Mr. Berry also agrees that he will maintain and preserve an accurate record of his sales calls on behalf of Professional Forms or for any company competing with Webb-Mason, beginning today.

The parties are instructed to telephone Judge Blake's chambers to schedule a conference call. Based upon the foregoing, Webb-Mason's Motion for Temporary Restraining Order is hereby DENIED because the company has secured informally all of the relief that the Court might have granted formally.

Date: Sept 26, 2001

Benson Everett Legg
United States District Judge