IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WEBB-MASON, INC. | * | |
| Plaintiff | * | |
| v. | * | CIVIL ACTION NO. CCB-01-CV-2799 |
| JAMES J. BERRY, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 101.1(b) of this Court, William C. Sammons, Esquire, a member of the Bar of this Court, moves for the admission of Geoffrey B. Gompers, Esquire, to appear *pro hac vice* in the captioned proceeding as counsel for the defendants.

Movant and the proposed admittee respectfully certify as follows:

1.  Mr. Gompers is a member of the law firm of Geoffrey B. Gompers & Associates, P.C. in Philadelphia, Pennsylvania. He is a member in good standing of the bar(s) of the State(s) of Pennsylvania, New Jersey, and Ohio as well as the following United States Court(s): United States Supreme Court, Third and Fifth Circuit Courts of Appeals, and the United States District Courts for the Northern District of Ohio, Eastern District of Pennsylvania and District of New Jersey.

2.  During the twelve (12) months immediately preceding the filing of this motion, Mr. Gompers has been admitted *pro hac vice* in this Court no time(s).

3.  Mr. Gompers has never been disbarred, suspended, or denied admission to practice.

#270927

4.  Mr. Gompers is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

5.  Co-counsel for the proposed admittee in this proceeding will be the undersigned who has been formally admitted to the bar of this Court.

6.  It is understood that admission *pro hac vice* does not constitute formal admission to the bar of this Court.

| MOVANT: | PROPOSED ADMITTEE: |
|---|---|
| William C. Sammons, Bar No. 02366 | Geoffrey B. Gompers |
| Tydings & Rosenberg LLP | Geoffrey B. Gompers & Associates, P.C. |
| 100 East Pratt Street | 2 Penn Center Plaza |
| 26th Floor | Suite 1700 |
| Baltimore, Maryland 21202 | Philadelphia, Pennsylvania 19102 |
| (410) 752-9700 | (215) 567-6600 |

## ORDER

Motion __✓__ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

Dated: 10/3/01

_____
United States District Judge

#270927