IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WEBB-MASON, INC. | * | |
| Plaintiff | * | |
| v. | * | CIVIL ACTION NO. CCB-01-CV-2799 |
| JAMES J. BERRY, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF WITHDRAWAL OF MOTION AND OTHER PAPERS

James J. Berry, by counsel, hereby withdraws the Motion to Disqualify Plaintiff's Counsel, Motion for Temporary Restraining Order, Motion for Preliminary Injunction, Motion for Expedited Discovery, Motion to Shorten Time, and all associated papers, with prejudice, filed in this action on or about October 2, 2001.

Dated:   October 17, 2001

_____
Geoffrey B. Gompers
Gompers and Associates, P.C.
2 Penn Center
Suite 950
Philadelphia, PA  19102
215-567-6600

_____
William C. Sammons, Bar No. 02366
Tydings & Rosenberg LLP
100 East Pratt Street
26th Floor
Baltimore, MD  21202
410-752-9700

Attorneys for James J. Berry

#273451

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 17, 2001, a copy of the foregoing Notice of Withdrawal of Motion and Other Papers was sent *by facsimile and regular mail* to:

>Brett Ingerman, Esquire
>John R. Wellschlager, Esquire
>Robert A. Gaumont, Esquire
>Piper Marbury Rudnick & Wolfe LLP
>6225 Smith Avenue
>Baltimore, Maryland  21209

Attorneys for Plaintiff, Webb-Mason, Inc.

_____
William C. Sammons

#273451                                                         2