UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WEBB-MASON, INC.,

    Plaintiff,

v.   Civil Action No. CCB-01-2799

JAMES J. BERRY, *et al.*,

    Defendants.

## STIPULATION OF DISMISSAL

Plaintiff, Webb-Mason, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1), dismisses this action with prejudice.

 

_____
William C. Sammons (Fed. Bar No. 00366)

Tydings & Rosenberg LLP
100 East Pratt Street
26th Floor
Baltimore, Maryland 21202
410-752-9700

*Attorney for James J. Berry, Maryann Berry and Professional Forms & Printing, Inc., Defendants*

Respectfully submitted,

_____
Brett Ingerman (Fed. Bar No. 23037)
John R. Wellschlager (Fed. Bar No. 024752)
Robert A. Gaumont (Fed. Bar No. 26302)

Piper Marbury Rudnick & Wolfe LLP
6225 Smith Avenue
Baltimore, Maryland 21209
410-580-3000

*Attorneys for Plaintiff Webb-Mason, Inc., Plaintiff*

Approved
CCBlake
USDJ 10/19/01